UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
L.A., individually and on behalf of minor child,
V.K.,

                           Plaintiffs,

      -against-                                  20 **CIVIL** 5616 (PAC)

## JUDGMENT

New York City Department of Education,

                           Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated April 5, 2021, Defendant's motion to dismiss is GRANTED, without prejudice.

**Dated:** New York, New York

      April 5, 2021

                                                       **RUBY J. KRAJICK**

                                                       **Clerk of Court**

                            **BY:**           */s/ K. Mango*
                                                       **Deputy Clerk**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/5/2021